DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## EDMUNDSON v. MORTON

No. 333PA91

Case below: 103 N.C.App. 253

Petition by several defendants for writ of certiorari to the North Carolina Court of Appeals allowed 4 September 1991.

## EDWARDS v. EDWARDS

No. 295P91

Case below: 102 N.C.App. 706

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## EVANS v. AT&T TECHNOLOGIES

No. 294PA91

Case below: 103 N.C.App. 45

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1991.

## FIELDS v. SHEA

No. 296P91

Case below: 103 N.C.App. 172

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## GARRETT v. OVERMAN

No. 329P91

Case below: 103 N.C.App. 259

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.